UNITED STATES of America,
Plaintiff–Appellee,

v.

James Alexander PRYOR,
Defendant–Appellant.

No. 05–12510
Non–Argument Calendar.
D.C. Docket No. 02–00037–CR–CG.

United States Court of Appeals,
Eleventh Circuit.

Nov. 30, 2005.

Kristen Gartman Rogers, Sal–Federal Public Defender, Carlos Alfredo Williams, Federal Defender Org., Mobile, AL, for Defendant–Appellant.

Elmond T. Rolison, Jr., Mobile, AL, for Plaintiff–Appellee.

Before ANDERSON, BIRCH and HULL, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for James Alexander Pryor in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Pryor's conviction and sentence are AFFIRMED.